In the Matter of the Application of FREDERICK W. LINCOLN and Others, Copartners, etc., Respondents, to Confirm an Award against COLUMBIA HAT MANUFACTURING COMPANY, INC., etc., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

INDUSTRIAL ENGINEERING COMPANY, Appellant, v. REPUBLIC STORAGE COMPANY, INC., Respondent.— Order affirmed, with costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EMANUEL ROSEN, Appellant, Impleaded, etc.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.; O'Malley and Proskauer, JJ., dissent.

HERMAN POTTER, Respondent, v. JOSEPH FRIEDMAN, Appellant, Impleaded etc.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EVELYN HART, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

MARTIN M. KLATSKY, Respondent, v. GEORGIAN REALTY Co., INC., Defendant, Impleaded with BERNHARD VOSS, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

JACOB F. DEWALD, Appellant, v. MORRIS KURTZMAN and Another, Respondents. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

F. M. WOLFF, Appellant, v. OTTO H. KAHN and Others, Copartners, etc., Respondents.*— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK, on Complaint of EVA CENCHEK, Respondent, v. WALTER PANE, Appellant.— Order affirmed. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

ROSARIO LOCASCIO and Another, Respondents, v. CHRISTO-WAVE REALTY CORPORATION, Appellant, Impleaded, etc.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

FANNIE KATZ, Appellant, v. JACOB KATZ, Respondent.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

ANNA DELLA FEMINA SCHETTINO, Respondent, v. 347 EAST 120TH STREET CORPORATION, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.